# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JOHN J. ANSMAN,** | : | |
| Plaintiff | : | CIVIL ACTION NO. 3:21-0040 |
| v. | : | (JUDGE MANNION) |
| **JESSICA COUSINS, et al.,** | : | |
| Defendants | : | |

## ORDER

In accordance with the Memorandum issued this date, **IT IS HEREBY ORDERED THAT**:

1. Defendants' motions to dismiss Plaintiff's Complaint for failure to comply with Fed.R.Civ.P. 20(a)(2) (Docs. 15, 26) are **GRANTED** without prejudice.

2. Plaintiff shall **FILE** an Amended Complaint on or before December 3, 2021.

3. The Amended Complaint shall contain the same case number that is already assigned to this action, 3:21-cv-0040, and shall be direct, concise, and shall stand-alone without reference to any other document filed in this matter. See Fed.R.Civ.P. 8(e).

4. Plaintiff is strictly cautioned that the inclusion of separate, unrelated claims will be considered a failure to comply with an order of court. See Fed.R.Civ.P. 20.

5. Plaintiff's motions for default judgment (Docs. 21, 29, 31) are **DISMISSED** as Defendants' responsive pleadings were timely filed.

6. Plaintiff's motion for clarification (Doc. 22) is **DISMISSED** as moot.

*s/ Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Dated:** November 15, 2021
21-0040-01-ORDER