UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JOHN J. ANSMAN** | : |
| Plaintiff | : CIVIL ACTION NO. 3:21-0040 |
| v. | : (JUDGE MANNION) |
| **JESSICA COUSINS, et al.,** | : |
| Defendants | : |

### ORDER

In accordance with the Memorandum issued this date, **IT IS HEREBY ORDERED THAT**:

1. Defendant's motion to dismiss Plaintiff's action for failure to prosecute (Doc. 40) is **GRANTED**.

2. Plaintiff's action is **DISMISSED** pursuant to Federal Rule of Civil Procedure 41(b) for failure to prosecute and failure to comply with a Court Order.

3. The Clerk of Court is directed to **CLOSE** this case.

4. Any appeal will be deemed frivolous, lacking merit, and not taken in good faith. See 28 U.S.C. §1915(a)(3).

*s/ Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

Dated: April 13, 2022
21-0040-02-ORDER